ALD-064                                                                                       December 8, 2016

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **16-3659**

MOHAMAD IBRAHIM SHNEWER, Appellant

   VS.

UNITED STATES OF AMERICA

   (D.N.J. Civ. No. 1-13-cv-03769)

Present:  MCKEE, JORDAN and RESTREPO, Circuit Judges

      Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

      in the above-captioned case.

                                                    Respectfully,

                                                   Clerk

MMW/EGL/cjg

_____ORDER_____

      Appellant's application for a certificate of appealability is granted as to his claim that trial counsel rendered ineffective assistance by failing to pursue and obtain a plea offer under which appellant would have pleaded guilty to Count One of the superseding indictment in exchange for the dismissal of Count Four of the superseding indictment. We conclude that jurist of reason would debate the District Court's denial of that claim on the merits. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). In particular, we conclude that jurists of reason would debate whether appellant showed—or, at a hearing, could show—that he was prejudiced because there is a reasonable likelihood that (1) further negotiation would have resulted in an actual plea offer that both appellant and the District Court would have accepted and (2) the plea would have resulted in a sentence of something less than life imprisonment. Cf. Missouri v. Frye, 132 S. Ct. 1399, 1409 (2012). The Clerk will not appoint counsel for appellant because appellant already is represented by counsel on appeal. A briefing schedule will

issue at an appropriate time.

                    By the Court,

                    s/Theodore A. McKee
                    Circuit Judge

Dated: January 18, 2017
CJG/cc:    Mark E. Coyne, Esq.
            Steven W. Becker, Esq.

2